IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 25-MJ-1339 |
| AMARA DUKULY | : |

<u>GOVERNMENT'S MOTION TO UNSEAL</u>

NOW COMES the United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania and Anita Eve, Assistant United States Attorney in and for the same District, and in support of this Motion, states as follows:

1. On June 25, 2025, this Honorable Court, upon motion of the Government, entered an Order impounding the Complaint, Arrest Warrant, Affidavit and related documents in the above-captioned matter.

2. On June 26, 2025, defendant Amara Dukuly was arrested.

3. In light of the above, the Government requests that the Complaint, Arrest Warrant, Affidavit and related documents in this matter sealed on June 25, 2025, be unsealed and unimpounded.

WHEREFORE, the Government respectfully requests that the Government's Motion to Unseal be granted.

Respectfully submitted,

DAVID METCALF
United States Attorney

 s/ *Anita Eve*
ANITA EVE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 25-MJ-1339 |
| AMARA DUKULY | : | |

<u>ORDER</u>

AND NOW, this 26th day of June 2025, it is hereby

ORDERED

that the Complaint, Arrest Warrant, Affidavit and any related documents sealed in this matter on June 25, 2025, are hereby UNSEALED and UNIMPOUNDED.

BY THE COURT:

_____
PAMELA CARLOS
*United States Magistrate Judge*